EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Matthew P. Minser, Esq. (SBN 296344)/ Luz E. Mendoza, Esq. (SBN 303387)<br>Saltzman & Johnson Law Corporation<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521 | |
|---|---|
| TEL NO.: (510) 906-4710   FAX NO. *(optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

FOR RECORDER'S USE ONLY

| PLAINTIFF: District Council 16 Northern CA Health and Welfare Trust Fund, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: NATIONAL GLASS SYSTEMS, INC., a California Corporation, et al. | 3:22-cv-07693-JSC |

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      > National Glass Systems, Inc.
      > 1760 Rogers Ave.
      > San Jose, CA 95112

   b. Driver's license no. [last 4 digits] and state:   N/A   [X] Unknown
   c. Social security no. [last 4 digits]:   N/A   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Defendants entered into stipulated judgment. *See* Dkt. Nos. 30-31.

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   District Council 16 Northern California Health and Welfare Trust Fund, c/o Matthew P. Minser; Saltzman & Johnson Corp., 5100-B1 Clayton Road, Suite 373, Concord, CA 94521

4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: June 21, 2023
Matthew P. Minser
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 471,754.23
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 5/18/23
   b. Renewal entered on *(date):*
9. [X] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
June 22, 2023

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    **MARK B. BUSBY**
    Clerk, by *(signature)*, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: District Council 16 Northern CA Health and Welfare Trust Fund, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: National Glass Systems, Inc., et al. | 3:22-cv-07693-JSC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
    See Attachment 15.

14. Judgment creditor *(name and address):*

15. [x] Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

    Octavio Martinez
    1760 Rogers Ave.
    San Jose, CA 95112

    Driver's license no. [last 4 digits] and state:     [x] Unknown
    Social security no. [last 4 digits]:                [x] Unknown

    Summons was personally served at or mailed to *(address):*

    Octavio Martinez entered into a Stipulated Judgment. See Dkt. Nos. 30-31.

17. Name and last known address

    Driver's license no. [last 4 digits] and state:     [ ] Unknown
    Social security no. [last 4 digits]:                [ ] Unknown

    Summons was personally served at or mailed to *(address):*

18. Name and last known address

    Driver's license no. [last 4 digits] and state:     [ ] Unknown
    Social security no. [last 4 digits]:                [ ] Unknown

    Summons was personally served at or mailed to *(address):*

19. Name and last known address

    Driver's license no. [last 4 digits] and state:     [ ] Unknown
    Social security no. [last 4 digits]:                [ ] Unknown

    Summons was personally served at or mailed to *(address):*

20. [ ] Continued on Attachment 20.

MC-025

| SHORT TITLE: District Council 16 Northern CA Health and Welfare Trust Fund, et al. v. NATIONAL GLASS SYSTEMS, INC., et al. | CASE NUMBER: 3:22-cv-07693-JSC |
|---|---|

**ATTACHMENT** *(Number)* : 15
*(This Attachment may be used with any Judicial Council form.)*

Judgment Creditors:

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND;

NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND;

NORTHERN CALIFORNIA GLAZIERS INDIVIDUAL ACCOUNT RETIREMENT TRUST FUND;

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND;

ROBERT WILLIAMS, Trustee;

JOHN MAGGIORE, Trustee;

CHRIS BAGATELOS, Trustee; and

JIM MAGGIORE, Trustee.

Address:
c/o Matthew P. Minser/Luz E. Mendoza
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Suite 373
Concord, CA 94521

Page 2 of 2
(Add pages as required)

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

